# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| LOUIS JOHNSON, | : |
| | : CIVIL ACTION FILE |
| Plaintiff, | : |
| | : NO.: 4:14-CV-0313-HLM |
| vs. | : |
| | : |
| CITY OF ROME, GEORGIA, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own costs.

Respectfully submitted, this 11th day of September, 2015.

| | |
|---|---|
| LORUSSO LAW FIRM, P.C. | BRINSON, ASKEW, BERRY, SEIGLER, RICHARDSON & DAVIS, LLP |
| | |
| By: /s/Blake H. Joiner | By: /s/A. Franklin Beacham III |
|     LANCE J. LORUSSO |     J. ANDERSON DAVIS |
|     Georgia Bar No. 458023 |     Georgia Bar No. 211077 |
|     BLAKE H. JOINER |     A. FRANKLIN BEACHAM III |
|     Georgia Bar No. 906241 |     Georgia Bar No. 043743 |
|     Building 8, Suite 200 |     Post Office Box 5007 |
|     1827 Powers Ferry Road, SE |     Rome, GA  30162-5007 |
|     Building 8, Suite 200 |     Phone:  706/291-8853 |
|     Atlanta, GA  30339 | |
|     Phone:  770/644-2378 | |
|     e-mail:  lance@lorussolawfirm.com |     adavis@brinson-askew.com |
|             blake@lorussolawfirm.com |     fbeacham@brinson-askew.com |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| LOUIS JOHNSON, | : | |
| | : | CIVIL ACTION FILE |
| Plaintiff, | : | |
| | : | NO.: 4:14-CV-0313-HLM |
| vs. | : | |
| | : | |
| CITY OF ROME, GEORGIA, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Stipulation of Dismissal With Prejudice** with the Clerk of the Court using the Court's CM/ECF system, which will automatically send an e-mail notification of such filing to the following counsel of record:

J. Anderson Davis
Frank Beacham
Samuel L. Lucas
Brinson, Askew, Berry Seigler,
Richardson & Davis, LLP

This 11th day of September, 2015.

LoRusso Law Firm, P.C.

/s/ Blake H. Joiner
Lance J. LoRusso
Georgia Bar No. 458023
Blake H. Joiner
Georgia Bar No. 906241

1827 Powers Ferry Road SE
Building 8, Suite 200
Atlanta, Georgia 30339
(770) 644-2378
(770) 644-2379 (f)
lance@lorussolawfirm.com
blake@lorussolawfirm.com